IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re: Arrest Warrant for<br>Keith Lamont Parker<br><br>United States Postal Inspection Service<br>Washington Division | )   Case No. _____<br>)<br>)<br>)<br>) |

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND APPLICATION FOR
<u>ARREST WARRANT FOR KEITH LAMONT PARKER</u>

I, Christopher Saunders, being duly sworn, do hereby depose and state as follows:

**BACKGROUND OF AFFIANT**

1.  I am employed as a Postal Inspector with the United States Postal Inspection Service, authorized to conduct investigations on behalf of the United States Postal Inspection Service and have been so employed since July 2007.  I am currently assigned to the District Mail Theft Team in the Washington Division of the Postal Inspection Service.  Prior to my employment with the United States Postal Inspection Service, I was employed as a Special Agent with the Department of Treasury, Office of the Inspector General, Office of Investigations from May 2005 to July 2007.  Prior to my employment with the Department of Treasury, Office of the Inspector General, I was employed with the Prince Georges County Police Department.  During my employment with the Prince Georges County Police Department, I was assigned to the Patrol Division. I have a Bachelor of Arts Degree in Criminology and Criminal Justice from the University of Maryland, College Park Campus.

**PURPOSE OF AFFIDAVIT**

2.  This affidavit is submitted in support of a criminal complaint and an application for the issuance of an arrest warrant for KEITH LAMONT PARKER

1

("PARKER"), a black male with a date of birth of June 16, 1972. I am familiar with the facts set forth in this affidavit based upon my participation in this investigation, information obtained from a cooperating witness with personal knowledge, communications with other agents, officers, and law enforcement personnel, my review of records, documents, and other physical evidence obtained during the course of the investigation, and information gained through training and experience. Because this affidavit is being submitted for the limited purpose of setting forth probable cause, I have not included every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that PARKER has committed Conspiracy to Commit Bank Fraud, in violation of Title 18, United States Code, Sections 1349 and 1344.

## FACTS SUPPORTING PROBABLE CAUSE

### The Scheme

3. On February 18, 2011, Rayshard Derrell Duncan ("DUNCAN") entered the TD Bank branch located in Hyattsville, Maryland (also known as the "New Carrollton" location), accompanied by an unidentified co-conspirator identifying herself as Averil Solomon ("SOLOMON"). DUNCAN and SOLOMON met with CO-CONSPIRATOR 1, who worked as a customer service representative at TD Bank, and opened an account under SOLOMON's name with a $9,500.00 check. The check that was used to open the account was subsequently returned as unpaid on February 24, 2011.

4. According to information provided by CO-CONSPIRATOR 1, who entered a guilty plea with regard to CO-CONSPIRATOR 1's involvement in the conspiracy, DUNCAN maintained contact with CO-CONSPIRATOR 1 following their

initial meeting, and placed frequent calls to CO-CONSPIRATOR 1 at TD Bank. CO-CONSPIRATOR 1 initially knew DUNCAN by the name "Sean," although CO-CONSPIRATOR 1 later learned DUNCAN's real name when DUNCAN showed CO-CONSPIRATOR 1 his driver's license. CO-CONSPIRATOR 1 subsequently identified DUNCAN through a confirmatory photo identification procedure.

5. According to CO-CONSPIRATOR 1, DUNCAN continued to call CO-CONSPIRATOR 1 at the TD Bank branch for three consecutive days following the opening of SOLOMON's account, offering to bring CO-CONSPIRATOR 1 something to eat or drink, which CO-CONSPIRATOR 1 declined.

6. According to CO-CONSPIRATOR 1, DUNCAN subsequently returned to the TD Bank branch where CO-CONSPIRATOR 1 worked, accompanied by an unknown male who sought to open another account with a check similar to the one presented by SOLOMON on February 18, 2011. According to CO-CONSPIRATOR 1, the identification card used by the unknown male in attempting to open the account was a very poor fake identification. CO-CONSPIRATOR 1 stated that CO-CONSPIRATOR 1 advised DUNCAN and the unknown male that they would need additional verification before TD Bank could open the bank account, after which DUNCAN and the unknown male left the branch.

7. According to CO-CONSPIRATOR 1, sometime prior to March 7, 2011, CO-CONSPIRATOR 1 agreed to meet DUNCAN at a restaurant in College Park, Maryland. At this meeting, according to CO-CONSPIRATOR 1, DUNCAN recruited CO-CONSPIRATOR 1 into an ongoing conspiracy scheme to defraud TD Bank by appropriating the identities of legitimate bank customers and making large withdrawals

3

from the victims' accounts. According to CO-CONSPIRATOR 1, DUNCAN told CO-CONSPIRATOR 1 that, as part of the scheme, he used bank employees to obtain personal identifying and account information belonging to bank customers, after which DUNCAN would cause to have made a government identification card, such as a driver's license, bearing the name and address of the victim account holder and the photograph of the co-conspirator who would be used to obtain money from the victim's account. According to CO-CONSPIRATOR 1, DUNCAN stated that he always waited outside of the bank for the co-conspirator (who he referred to as the "mule") to cash the check or withdraw funds from the victim's account.

8. According to CO-CONSPIRATOR 1, DUNCAN recruited CO-CONSPIRATOR 1 to join the scheme and offered CO-CONSPIRATOR 1 $1,000 in U.S. currency for every account CO-CONSPIRATOR 1 provided him. CO-CONSPIRATOR 1 stated that CO-CONSPIRATOR 1 agreed to participate in the conspiracy to defraud TD Bank by providing DUNCAN with customer information in exchange for money. According to CO-CONSPIRATOR 1, DUNCAN instructed CO-CONSPIRATOR 1 to bring him personal identifying and account information relating to TD Bank customers, including each customer's name, date of birth, social security number, signature, address, account number, date of account opening, and account balance. DUNCAN further instructed CO-CONSPIRATOR 1 to obtain information regarding customers whose accounts maintained a minimum balance of $20,000 or more. According to CO-CONSPIRATOR 1, all of the information requested by DUNCAN was available on the TD Bank computer system to which CO-CONSPIRATOR 1 had access and could be printed on three pages per account.

9. CO-CONSPIRATOR 1 admitted to accessing the TD Bank computer system on multiple dates in March 2011 to obtain customer information for at least five different bank customers. CO-CONSPIRATOR 1 stated that CO-CONSPIRATOR 1 subsequently provided the customer information (i.e., name, date of birth, social security number, signature, address, account number, date of account opening, and account balance) to DUNCAN. Using the information provided by CO-CONSPIRATOR 1, DUNCAN conspired with PARKER, Roxann Rogers ("ROGERS"), and Angela Hodges ("HODGES"), among other co-conspirators, to pose as the account holders and withdraw funds from the victims' accounts.

10. Through investigation, your affiant has identified a number of instances in which members of the conspiracy posed as account holders whose personal identifying and account information had been provided to DUNCAN by CO-CONSPIRATOR 1, and conducted transactions withdrawing funds from the victims' accounts. Unless otherwise noted, evidence relating to each transaction is established by a combination of surveillance images obtained from TD Bank depicting the particular co-conspirator present at the bank counter and records showing the withdrawals of funds from the victims' accounts at those approximate times.

**Identification of Co-Conspirators**

11. Your affiant has identified PARKER, ROGERS, and HODGES by comparing photographs of them from previous arrests or from records obtained from the Maryland Motor Vehicle Administration with images captured on surveillance obtained through TD Bank. DUNCAN was identified by CO-CONSPIRATOR 1, who was shown a single confirmatory photograph of DUNCAN. Additionally, DUNCAN's image was

captured on TD Bank surveillance on February 18, 2011 (as described in paragraph 3 above) and on March 10, 2011 (as described in paragraph 14 below).

**Funds Unlawfully Obtained from TD Bank Account Belonging to L.S.**

12. On March 7, 2011, CO-CONSPIRATOR 1 accessed the TD Bank computer system to obtain personal identifying and account information relating to bank customer L.S. CO-CONSPIRATOR 1 admitted that CO-CONSPIRATOR 1 provided L.S.'s personal identifying and account information to DUNCAN.

13. Bank surveillance images from March 10, 2011, at approximately 12:23 p.m., show PARKER standing at the counter of the TD Bank branch located in Silver Spring, Maryland. Records obtained from TD Bank establish that $18,000 was withdrawn from the account of L.S. at approximately the same time and from the same location. The back of the withdrawal slip includes a handwritten reference to Virginia driver's license number T65335253. Records further establish that a portion of the $18,000 withdrawal was used to purchase a $9,000 TD Bank Official Check (No. 33025252-4) made payable to "Roxann Rogers."

14. Bank surveillance images from later on March 10, 2011, at approximately 2:08 p.m., show DUNCAN and ROGERS entering another TD Bank branch located at 1489 P Street, N.W. (also known as the "Metropole" location), in the District of Columbia, less than one minute apart from each other. Surveillance images show ROGERS standing at the counter from approximately 2:11 p.m. through at least 2:21 p.m., while DUNCAN is, at times, sitting in a chair nearby, observing ROGERS conduct the transaction. Records obtained from TD Bank establish that the same $9,000 TD Bank Official Check (No. 33025252-4) obtained by PARKER earlier in the day was cashed at

approximately 2:21 p.m. on March 10, 2011, at the Metropole location. Beneath the endorsement on the back of the check is a handwritten reference to Maryland driver's license number R262744799572, which is the same driver's license number that the Maryland Motor Vehicle Administration has on file for ROGERS.

15.     Bank surveillance images from March 11, 2011, at approximately 11:26 a.m., show PARKER standing at the counter of the TD Bank branch located at 4849 Wisconsin Avenue, N.W. (also known as the "Tenleytown" location), in the District of Columbia. Records obtained from TD Bank establish that $8,000 was withdrawn from the account of L.S. at approximately the same time and from the same location. The back of the withdrawal slip includes a handwritten reference to Virginia driver's license number T65335253, which is identical to the driver's license number written on the back of the withdrawal slip submitted on March 10, 2011.

16.     Bank surveillance images from March 12, 2011, at approximately 1:22 p.m., show PARKER standing at the counter of the TD Bank branch located in Clinton, Maryland. Records obtained from TD Bank establish that $8,000 was withdrawn from the account of L.S. at approximately the same time and from the same location. The back of the withdrawal slip includes a handwritten reference to Virginia driver's license number T65335253, which is identical to the driver's license number submitted on prior dates.

17.     Bank surveillance images from March 21, 2011, at approximately 11:03 a.m., show PARKER standing at the counter of the TD Bank branch located in Arnold, Maryland. Records obtained from TD Bank establish that $9,000 was withdrawn from the account of L.S. at approximately the same time and from the same location. The back


of the withdrawal slip includes a handwritten reference to Virginia driver's license number T65335253, which is identical to the driver's license number submitted on prior dates. Records further establish that a portion of the $9,000 withdrawal was used to purchase a $3,000 TD Bank Official Check (No. 33029124-6), made payable to L.S.

18. Bank surveillance images from later on March 21, 2011, at approximately 3:31 p.m., show PARKER standing at the counter of the TD Bank branch located in Clinton, Maryland. Records obtained from TD Bank establish that the same $3,000 TD Bank Official Check (No. 33029124-6) obtained earlier in the day was cashed at approximately 3:32 p.m. on March 21, 2011, at the location in Clinton, Maryland.

19. Bank surveillance images from March 24, 2011, at approximately 10:29 a.m., show PARKER standing at the counter of the TD Bank branch located at 1753 Connecticut Avenue, N.W. (also known as the "Dupont Circle" location), in the District of Columbia. Records obtained from TD Bank establish that $7,500 was withdrawn from the account of L.S. at approximately the same time and from the same location. The back of the withdrawal slip includes a handwritten reference to Virginia driver's license number T65335263, which is the same as the driver's license number submitted on prior dates, with the exception of one digit. Records further establish that a portion of the $7,500 withdrawal was used to purchase a $2,500 TD Bank Official Check (No. 33014233-1), made payable to L.S.

20. Bank surveillance images from March 25, 2011, at approximately 4:27 p.m., show PARKER standing at the counter of the TD Bank branch located in Arnold, Maryland. Records obtained from TD Bank establish that the same $2,500 TD Bank

Official Check (No. 33014233-1) obtained on March 24, 2011, was cashed at approximately 4:26 p.m. on March 25, 2011, at the location in Arnold, Maryland.

21. In total, the members of the conspiracy unlawfully obtained $50,500 in U.S. currency from the TD Bank account of L.S.

22. On April 8, 2011, the U.S. Park Police conducted a traffic stop on a car in which PARKER was a passenger. During the traffic stop, PARKER provided a fraudulent Virginia driver's license in the name of L.S., but depicting PARKER's photograph. The Virginia driver's license with PARKER's photograph and L.S.'s name also reflects driver's license number T65335253, which matches the driver's license number noted on most of the withdrawal slips used to withdraw funds from the account of L.S.

23. PARKER and the driver were subsequently identified and an NCIC check was conducted. U.S. Park Police learned that PARKER had outstanding warrants in both state and federal jurisdictions and he was arrested. A search incident to arrest was executed on the vehicle and the area accessible to the hands of PARKER was searched. Upon searching the passenger seat visor, officers found a check, drawn on the TD Bank account belonging to C.H., another victim whose personal identifying and account information had been accessed by CO-CONSPIRATOR 1 and provided to DUNCAN. The vehicle was impounded and transferred to the custody of the U.S. Postal Inspection Service.

24. A federal search warrant was subsequently obtained and executed on the vehicle. During the search, law enforcement agents recovered a piece of notebook paper reflecting addresses for three TD Bank branch locations, with the name "Angie" or

9

"Roxy" written next to each one. Also written on the notebook paper is a reference to "Georgetown = Roxy." Your affiant believes that "Angie" is a reference to Angela HODGES and "Roxy" is a reference to Roxann ROGERS. Also recovered during the search were a passport-sized photograph of HODGES and another piece of paper containing the names, social security numbers, and dates of birth for two additional TD Bank customers, S.P. and E.H., whose accounts were compromised as part of the scheme, as described in paragraphs 25-38 below. Law enforcement agents also recovered printed pages from the TD Bank computer system reflecting dates of March 7, 14, and 16, and a user name consistent with the name of CO-CONSPIRATOR 1, each page of which contained account and identifying information for TD Bank customers whose information CO-CONSPIRATOR 1 had accessed on those dates.

### Funds Unlawfully Obtained from TD Bank Account Belonging to S.P.

25. On March 20, 2011, CO-CONSPIRATOR 1 accessed the TD Bank computer system to obtain personal identifying and account information relating to bank customer S.P. CO-CONSPIRATOR 1 admitted that CO-CONSPIRATOR 1 provided S.P.'s personal identifying and account information to DUNCAN.

26. Bank surveillance images from March 25, 2011, at approximately 10:35 a.m., show ROGERS standing at the counter of the TD Bank branch located in Germantown, Maryland. Records obtained from TD Bank establish that $17,000 was withdrawn from the account of S.P. at approximately the same time and from the same location. The back of the withdrawal slip includes a handwritten reference to Virginia driver's license number T43165081. Records further establish that a portion of the

$17,000 withdrawal was used to purchase an $8,000 TD Bank Official Check (No. 33028770-3), made payable to S.P.

27.     Bank surveillance images from later on March 25, 2011, at approximately 12:09 p.m., show ROGERS standing at the counter of the TD Bank branch located at 4849 Wisconsin Avenue, N.W. (also known as the "Tenleytown" location), in the District of Columbia. Records obtained from TD Bank establish that the same $8,000 TD Bank Official Check (No. 33028770-3) obtained earlier in the day was cashed at approximately 12:12 p.m. on March 25, 2011, at the Tenleytown location. Beneath the endorsement on the back of the Official Check is a handwritten reference to Virginia driver's license number T43165081, which is identical to the driver's license number written on the back of the withdrawal slip submitted earlier in the day.

28.     Bank surveillance images from March 26, 2011, at approximately 9:34 a.m., show ROGERS is observed on bank surveillance standing at the counter of the TD Bank branch located in Glen Burnie, Maryland. Records obtained from TD Bank establish that $14,000 was withdrawn from the account of S.P. at approximately the same time and from the same location. Records further establish that a portion of the $14,000 withdrawal was used to purchase a $7,000 TD Bank Official Check (No. 33031232-8), made payable to S.P.

29.     Later on March 26, 2011, at approximately 11:21 a.m., the same TD Bank Official Check (No. 33031232-8) purchased hours earlier was presented and cashed at the TD Bank branch located at 907 7th Street, N.W. (also known as the "7th and I" location), in the District of Columbia. Surveillance relating to this particular transaction is not available. According to records obtained from TD Bank, the signature endorsement on

the back of the official check appears very similar to the signature endorsement contained on the back of the TD Bank Official Check (No. 33028770-3) that was presented and cashed on March 25, 2011, as described in paragraph 27 above. Although the back of the TD Bank Official Check (No. 33031232-8) cashed at the 7th and I location does not contain a reference to any driver's license information beneath the endorsement, other records obtained from TD Bank reflect that the primary form of identification used for the transaction was a state driver's license with number T43165081, which is identical to the driver's license number written on the back of the withdrawal slip submitted on March 25, 2011.

30. In total, the members of the conspiracy unlawfully obtained $31,000 in U.S. currency from the TD Bank account of S.P.

**Funds Unlawfully Obtained from TD Bank Account Belonging to E.H.**

31. On March 20, 2011, CO-CONSPIRATOR 1 accessed the TD Bank computer system to obtain personal identifying and account information relating to bank customer E.H. CO-CONSPIRATOR 1 admitted that CO-CONSPIRATOR 1 provided E.H.'s personal identifying and account information to DUNCAN.

32. Bank surveillance images from March 25, 2011, at approximately 11:15 a.m., show HODGES standing at the counter of the TD Bank branch located in Germantown, Maryland (also known as the "Germantown Frederick" location). Records obtained from TD Bank establish that $16,004 was withdrawn from the account of E.H. at approximately the same time and from the same location. The back of the withdrawal slip includes a handwritten reference to Virginia driver's license number T65700185.

Records further establish that a portion of the $16,004 withdrawal was used to purchase a $7,000 TD Bank Official Check (No. 33030857-2), made payable to E.H.

33.  Bank surveillance images from later on March 25, 2011, at approximately 12:37 p.m., show HODGES standing at the counter of the TD Bank branch located at 1611 Wisconsin Avenue, N.W. (also known as the "Georgetown" location), in the District of Columbia.  Records obtained from TD Bank establish that the same $7,000 TD Bank Official Check (No. 33030857-2) obtained earlier in the day was cashed at approximately 12:37 p.m. on March 25, 2011, at the Georgetown location.  Beneath the endorsement on the back of the Official Check is a handwritten reference to Virginia driver's license number T65700185, which is identical to the driver's license number written on the back of the withdrawal slip submitted earlier in the day.

34.  Bank surveillance images from March 26, 2011, at approximately 10:33 a.m., show HODGES standing at the counter of the TD Bank branch located in Clinton, Maryland.  Records obtained from TD Bank establish that $13,000 was withdrawn from the account of E.H. at approximately the same time and from the same location.  The back of the withdrawal slip includes a handwritten reference to Virginia driver's license number T66700185, which is the same as the driver's license number used on March 25, 2011, with the exception of one digit.  Records further establish that a portion of the $13,000 withdrawal was used to purchase an $8,000 TD Bank Official Check (No. 33033260-2), made payable to E.H.

35.  Bank surveillance images from later on March 26, 2011, at approximately 11:35 a.m., show HODGES standing at the counter of the TD Bank branch located at 1489 P Street, N.W. (also known as the "Metropole" location), in the District of

Columbia. Records obtained from TD Bank establish that the same $8,000 TD Bank Official Check (No. 33033260-2) obtained earlier in the day was cashed at approximately 11:42 a.m. on March 26, 2011, at the Metropole location. Although the back of the TD Bank Official Check (No. 33033260-2) does not contain a reference to any driver's license information beneath the endorsement, other records obtained from TD Bank reflect that the primary form of identification used for the transaction was a state driver's license with number T65700185, which is identical to the driver's license number used on March 25, 2011.

36. Bank surveillance images from March 28, 2011, at approximately 11:39 a.m., show HODGES standing at the counter of the TD Bank branch located in Silver Spring, Maryland. Records obtained from TD Bank establish that $14,000 was withdrawn from the account of E.H. at approximately the same time and from the same location. The back of the withdrawal slip includes a handwritten reference to Virginia driver's license number T66700186, which is the same as the driver's license numbers used on March 25 and 26, 2011, respectively, with the exception of one to two digits. Records further establish that a portion of the $14,000 withdrawal was used to purchase a $7,000 TD Bank Official Check (No. 33025315-4), made payable to E.H.

37. Bank surveillance images from later on March 28, 2011, at approximately 12:37 p.m., show HODGES standing at the counter of the TD Bank branch located at 4849 Wisconsin Avenue, N.W. (also known as the "Tenleytown" location), in the District of Columbia. Records obtained from TD Bank establish that the same $7,000 TD Bank Official Check (No. 33025315-4) obtained earlier in the day was cashed at approximately 12:38 p.m. on March 28, 2011, at the Tenleytown location. Beneath the endorsement on

the back of the Official Check is a handwritten reference to Virginia driver's license number T65700185, which is identical to the driver's license number used on March 25, 2011.

38.     In total, the members of the conspiracy unlawfully obtained $43,004 in U.S. currency from the TD Bank account of E.H.

**Funds Unlawfully Obtained from TD Bank Account Belonging to K.M.**

39.     On March 8, 10, and 14, 2011, CO-CONSPIRATOR 1 accessed the TD Bank computer system to obtain personal identifying and account information relating to bank customer K.M.  CO-CONSPIRATOR 1 admitted that CO-CONSPIRATOR 1 provided K.M.'s personal identifying and account information to DUNCAN.

40.     Bank surveillance images from March 16, 2011, at approximately 12:25 p.m., show an unknown male standing at the counter of the TD Bank branch located in Silver Spring, MD.  Records obtained from TD Bank establish that $18,000 was withdrawn from the account of K.M. at approximately the same time and from the same location.

41.     Bank surveillance images from March 17, 2011, at approximately 10:33 a.m., show an unknown male standing at the counter of the TD Bank branch located in Alexandria, Virginia (also known as the "Alexandria/Van Dorn" location).  Records obtained from TD Bank establish that $8,500 was withdrawn from the account of K.M. at approximately the same time and from the same location.

42.     Bank surveillance images from March 18, 2011, at approximately 10:40 a.m., show an unknown male standing at the counter of another TD Bank branch located in Alexandria, Virginia (also known as the "Alexandria South Washington" location).

Records obtained from TD Bank establish that $9,000 was withdrawn from the account of K.M. at approximately the same time and from the same location.

43.     Bank surveillance images from later on March 18, 2011, at approximately 1:52 p.m., show an unknown male standing at the counter of the TD Bank branch located in Clarendon, Virginia (also known as the "Clarendon Wilson" location).  Records obtained from TD Bank establish that $8,000 was attempted to be withdrawn from the account of K.M. at approximately the same time and from the same location, but the transaction was not successfully completed.

44.     In total, the members of the conspiracy unlawfully attempted to obtain $43,500, and actually obtained $35,500, in U.S. currency, from the TD Bank account of K.M.

## Funds Unlawfully Obtained from TD Bank Account Belonging to C.H.

45.     On March 14, 2011, CO-CONSPIRATOR 1 accessed the TD Bank computer system to obtain personal identifying and account information relating to bank customer C.H.  CO-CONSPIRATOR 1 admitted that CO-CONSPIRATOR 1 provided C.H.'s personal identifying and account information to DUNCAN.

46.     On April 11, 2011, two counterfeit checks were drawn on the account belonging to bank customer C.H. in the amounts of $4,720 and $18,700, respectively. Records obtained from TD Bank establish that the $4,720 check was deposited into an account at PNC Bank, and that the check for $18,700 was deposited into an account at Wachovia Bank.  Records obtained from Wells Fargo Bank (on behalf of Wachovia Bank) establish that approximately $7,200 in funds was withdrawn from the account into which the $18,700 check was deposited.  Records obtained from PNC Bank establish that

approximately $4,710 in funds was withdrawn from the account into which the $4,720 check was deposited.

47.   As noted in paragraph 22 above, during the traffic stop involving PARKER on April 8, 2011, law enforcement officers recovered an additional check drawn on the TD Bank account belonging to C.H. from the passenger seat visor of the vehicle where PARKER was seated.

48.   In total, the members of the conspiracy unlawfully attempted to obtain $23,420, and actually obtained $11,910 in U.S. currency, from the TD Bank account of C.H.

### Telephone Numbers Used to Access Account Information

49.   Based on information provided by TD Bank, CO-CONSPIRATOR 1, and telephone records, your affiant has learned through investigation that at least three telephone numbers were used by members of the conspiracy to access a TD Bank customer telephone line to obtain, or attempt to obtain, account information relating to certain of the victimized bank accounts. Information provided by TD Bank identified telephone numbers ending -0224, -6219, and -4363 as having accessed the customer telephone line on various dates relevant to the scheme. Audio recordings of the calls demonstrate efforts by members of the conspiracy to obtain information relating to the accounts of S.P., E.H., and K.M.

50.   CO-CONSPIRATOR 1 identified the telephone number ending -0224 as one that CO-CONSPIRATOR 1 used to communicate with DUNCAN, although subscriber records identified "James Jones" as the subscriber. Call detail records for the telephone number ending -0224 are not available; however, the call detail records for the

telephone number used by CO-CONSPIRATOR 1 reflect multiple calls from March 8-30, 2011, between CO-CONSPIRATOR 1 and the telephone number ending -0224, which CO-CONSPIRATOR 1 identified as the telephone number used by DUNCAN.

51. Records obtained from TD Bank reflect multiple calls placed by the telephone number ending -0224 to a TD Bank customer telephone line on February 18 and March 8, 13, and 15, 2011. Audio recordings obtained from TD Bank establish that a male caller used the telephone number ending -0224 on each of these dates. On February 18 and March 8, 2011, the male caller contacted the TD Bank customer telephone line to obtain information concerning the amount of time required for funds on a deposited check to become available and information concerning the maximum amount that can be withdrawn from a savings account at one time at a bank branch, respectively. On March 13 and 15, 2011, the male caller contacted the TD Bank customer telephone line to obtain information concerning the account of K.M.

52. Subscriber records for the telephone number ending -6219 identified ROGERS as the subscriber. Call detail records for the telephone number ending -6219 reflect multiple calls on March 7, 10, 24-28, 2011, with the telephone number ending -0224, which CO-CONSPIRATOR 1 identified as the telephone number used by DUNCAN.

53. Records obtained from TD Bank reflect multiple calls placed by the telephone number ending –6219 to a TD Bank customer telephone line on March 25, 26, and 29, 2011. Audio recordings obtained from TD Bank establish that a female caller used the telephone number ending -6219 on each of these dates to obtain, or attempt to obtain, information concerning the accounts of S.P. and E.H. Call detail records for the

telephone number ending -6219 also reflect the calls to the TD Bank customer telephone line on the same dates and at approximately the same times.

54. Subscriber records for the telephone number ending -4363 identified an individual with the last name "Hodges" as the subscriber, although with a different first name than Angela HODGES. Call detail records for the telephone number ending -4363 reflect multiple calls on March 26, 27, and 28, 2011, with the telephone number ending -0224, which CO-CONSPIRATOR 1 identified as the telephone number used by DUNCAN, and with the telephone number ending -6219 (for which ROGERS is the listed subscriber).

55. Records obtained from TD Bank reflect one call placed by the telephone number ending –4363 to a TD Bank customer telephone line on March 26, 2011. An audio recording obtained from TD Bank establishes that a female caller used the telephone number ending -4363 on that date to obtain information concerning the account of E.H. Call detail records for the telephone number ending -4363 also reflect the call to the TD Bank customer telephone line on the same date and at approximately the same time.

### Overall Loss Resulting From Scheme

56. During the course of the scheme, the members of the conspiracy unlawfully attempted to obtain $191,424, and actually obtained $171,914, from TD Bank accounts based on customer information provided by CO-CONSPIRATOR 1 to DUNCAN, and thereafter accessed by other members of the conspiracy.

**Financial Institution**

57.     At all relevant times, TD Bank was an FDIC-insured financial institution headquartered in Lewiston, Maine, with branches throughout the Washington, D.C., metropolitan area, including within the District of Columbia.

**CONCLUSION**

58.     Based on the foregoing, your affiant believes there is probable cause to believe that between on or about February 18, 2011, and on or about April 11, 2011, within the District of Columbia and elsewhere, KEITH LAMONT PARKER committed a violation of Title 18, United States Code, Sections 1349 and 1344 (Conspiracy to Commit Bank Fraud).

_____
CHRISTOPHER SAUNDERS
UNITED STATES POSTAL INSPECTOR

Sworn and subscribed to before me this _____ day of October, 2013.

_____
DEBORAH A. ROBINSON
United States Magistrate Judge